UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

v.

C.J.'S FINANCIAL, et al.,

       Defendants.
                                        /

Case No. Case No. 10-13083

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION (docket no. 40), AND
GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (docket no. 39)**

On August 4, 2010, the United States Securities and Exchange Commission ("SEC") filed this civil enforcement action against defendants C.J.'s Financial and Candice Campbell, for securities fraud. ECF No. 39. The Court referred all pretrial matters to a magistrate judge. *See* ECF No. 23. On January 27, 2012, the SEC filed a motion for summary judgment against both defendants. *See* ECF No. 39. The matter is now before this Court for review of the magistrate judge's July 30, 2012 Report and Recommendation, in which he recommends that the Court enter summary judgment in favor of the SEC.

De novo review of a magistrate judge's findings is only required if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). A copy of the magistrate judge's Report was served upon the defendants on July 31, 2012. Pursuant to Fed. R. Civ. P. 72(b)(3), the defendants had fourteen days from that date in which to file any specific written objections to the recommended disposition.  Defendants have not filed any objections, therefore de novo review of the magistrate's findings is not required. *See* Fed. R. Civ. P. 72(b)(3) (requiring

de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to").

The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court will adopt the Report's findings and conclusions, and enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that Magistrate Judge R. Steven Whalen's Report and Recommendation of July 30, 2012 (docket no. 40) is **ACCEPTED** and **ADOPTED**. The Court will enter judgment as recommended therein.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (docket no. 39) is **GRANTED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 21, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 21, 2012, by electronic and/or ordinary mail.

Carol Cohron
Case Manager

2