UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

Case No. 10-13083

    Plaintiff,

HONORABLE STEPHEN J. MURPHY, III

v.

C.J.'S FINANCIAL, et al.,

    Defendants.
                                     /

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated August 21, 2012, adopting the magistrate judge's Report and Recommendation of July 30, 2012, Judgment is entered in favor of Plaintiff and against Defendants C.J.'S Financial and Candice Campbell. Defendants are jointly and severally liable for $794,274.10, with credit for payments toward Campbell's criminal restitution penalty and with credit for the sale of forfeited property, as stipulated in the criminal judgment.

Dated at Detroit, Michigan this 21st day of August, 2012.

                                              DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 21, 2012, by electronic and/or ordinary mail.

        s/Carol Cohron
        Case Manager