UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

C.J.'S FINANCIAL, et al.,

      Defendants.
      _____/

Case No. 10-13083

HONORABLE STEPHEN J. MURPHY, III

## AMENDED JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated August 21, 2012, adopting the magistrate judge's Report and Recommendation of July 30, 2012, Judgment is entered in favor of Plaintiff and against C.J.'S Financial and Candice Campbell ("Defendants").

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants are jointly and severally liable for disgorgement in the amount of $794,274.10, with credit for payments toward Campbell's criminal restitution penalty and with credit for the sale of forfeited property, as stipulated in the criminal judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants and Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or

instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants and Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)     to engage in any transaction, practice, or course of business which operates or    would operate as a fraud or deceit upon the purchaser.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants and Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation

with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Sections 206(1) and 206(2) of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. §§ 80b-6(1), 80b-6(2)] by the use of the mails or any means or instrumentality of interstate commerce, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud any client or prospective client; or

(b) to engage in any transaction, practice, or course of business which operates as a fraud or deceit upon any client or prospective client.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

**SO ORDERED**.

Dated at Detroit, Michigan this 27th day of August, 2012.

DAVID J. WEAVER
CLERK OF THE COURT


BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2012, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager

3